ACCEPTED
03-15-00415-CV
8309665
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/18/2015 3:56:16 PM
JEFFREY D. KYLE
CLERK

# No. 03-15-00415-CV

**In the Court of Appeals
For the Third Judicial District
Sitting at Austin, Texas**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

12/18/2015 3:56:16 PM

JEFFREY D. KYLE
Clerk

## Sandra Kay Hargrove

## v.

## Gary M. Hargrove

Appealed from the 27th Judicial District Court of
Bell County, Texas

# Appellee's Third Motion To Extend Time To File Brief

Christopher L. Cornish
State Bar No. 24065079

CORNISH LAW FIRM, PLLC
404 North Main Street
Belton, Texas 76513
Tel: (254) 939-5200
Fax: (254) 939-2121
chris@cornishlawfirm.com

**Attorney for Appellee**

1

# No. 03-15-00415-CV

## Sandra Kay Hargrove

## v.

## Gary M. Hargrove

### Appellee's Third Motion To Extend Time To File Brief

To the Honorable Court of Appeals:

Comes now Gary Hargrove, who is the Appellee in the above case, and files this Motion to Extend Time to File Brief. In support of this Motion, Appellee would show as follows:

1.     The Reporter's Record was filed in this case on August 20, 2015. The last Supplemental Clerk's Record was filed in this case on November 12, 2015. Appellant filed her brief on September 21, 2015.  The Court has previously granted two extensions of time in this case. Appellee's Brief would otherwise be due on December 23, 2015.

2.     Appellee requests that the deadline to file Appellee's Brief be extended for (30) days.

3.    Good cause exists for the extension of time to file the Appellee's Brief in this case.  Appellee's counsel who is responsible for the preparation of the Brief was not trial counsel and this case involves a lengthy procedural history that required an additional supplemental clerk's record that has now been completed and sent to the client for review.  In addition, counsel requires the additional time to ensure adequate communication with the client prior to filing.  This final extension will allow for proper coordination in light of travel schedules and vacation notices in final communications with the client prior to filing.

4.    No party will be prejudiced by the extension of time requested, and counsel will not oppose any effort to expedite the consideration of this case in the future should the Court deem it appropriate, or if it is requested by the opposition. Appellee requests that the Court extend the time for filing the Appellee's Brief in this case to January 22, 2016.

5.    The extension of time for the Appellee is an amount of time that is not unusual for briefs in this Court.

Wherefore, premises considered, Appellee respectfully requests the Court

extend the time for filing his Brief up to and including January 22, 2016.

Respectfully submitted,

*/s/ Christopher L. Cornish*
Christopher L. Cornish
State Bar No. 24065079

**Attorney for Appellee**

*Certificate of Conference*

On December 18, 2015, I sent correspondence to Appellant's attorney and informed him that the Appellee would be requesting an extension to file his brief. There was no opposition expressed to the extension in response at the time of filing this motion.

*/s/ Christopher L. Cornish*
Christopher L. Cornish

*Certificate of Compliance*

In accordance with the Texas Rules of Appellate Procedure 9.4, the undersigned attorney of record certifies that this filing contains 14-point typeface for the body of the document, 12-point typeface for footnotes of the document, if any, and contains 500 or less words as indicated by the word count software, excluding those words identified as exempt from the word count under the rule and was prepared on Microsoft Word 2010.

*/s/ Christopher L. Cornish*
Christopher L. Cornish

## *Certificate of Service*

I hereby certify that a true and correct copy of the foregoing was sent to the person(s) named below, at the address shown by placing the same in a properly addressed envelope, postage pre-paid, and mailing the document by first class mail (or by other means stated below) on December 18, 2015.

Doug W. Ray                                     Via Facsimile (512) 328-1156
Attorney for Appellant
2700 Bee Caves Road
Austin, Texas 78746


*/s/ Christopher L. Cornish*
Christopher L Cornish
Attorney for Appellee